IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD WILSON,

      Plaintiff,           No. 2:10-cv-0721-JAM-JFM (PC)

     vs.

M. McDONALD *et al.*,

      Defendants.      <u>ORDER</u>

                           /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed May 25, 2010, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Lopez, Diaz and Clark.

        2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed June 10, 2010.

1

1    3.  Within thirty days from the date of this order, plaintiff shall complete the
2    attached Notice of Submission of Documents and submit the following documents to the court:
3        a.  The completed Notice of Submission of Documents;
4        b.  One completed summons;
5        c.  One completed USM-285 form for each defendant listed in number 1
6        above; and
7        d.  Four (4) copies of the endorsed amended complaint filed June 10, 2010.
8    4.  Plaintiff need not attempt service on defendants and need not request waiver of
9    service.  Upon receipt of the above-described documents, the court will direct the United States
10   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
11   without payment of costs.
12   DATED: September 15, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

014;wils0721.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD WILSON,

      Plaintiff,                No. 2:10-cv-0721-JAM-JFM (PC)

   vs.

M. McDONALD *et al.*,           <u>NOTICE OF SUBMISSION</u>

      Defendants.           <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the _____
                               Amended Complaint

DATED:

                                   _____
                                       Plaintiff