IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD WILSON,

    Plaintiff,                           No. 2:10-cv-0721 JAM JFM (PC)

    vs.

M. McDONALD, et al.,

    Defendants.             <u>ORDER</u>

        /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 10, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed February 10, 2011 are adopted in full;

1

      2. Defendant Clark's motion to dismiss is granted; and

      3. Plaintiff is granted leave to file an amended complaint.  If plaintiff elects to file an amended complaint, he is cautioned that he may not change the nature of this suit by adding new and unrelated claims.  See George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007) (no "buckshot" complaints).  Plaintiff is also advised that once he files his amended complaint, his original pleadings are superceded and no longer serve any function in the case.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Thus, the amended complaint must be "complete in itself without reference to the prior or superceded pleading."  Local Rule 220.  "All causes of action alleged in an original complaint which are not [re-]alleged in an amended complaint are waived." King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) (citations omitted).  In order to amend, plaintiff shall complete the attached Notice of Amendment and submit the following documents to the court within thirty days from the date of this order:

      a.  The completed Notice of Amendment; and

      b.  An original and one copy of the Amended Complaint.

Plaintiff's amended complaint shall comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint."

      Failure to file an amended complaint in accordance with this order will result in this case proceeding solely against defendants Diaz and Lopez.

DATED: March 25, 2011

      /s/ John A. Mendez  
      UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF CALIFORNIA
8  GERALD WILSON,
           Plaintiff,                No. 2:10-cv-0721 JAM JFM (PC)
9      vs.
   M. McDONALD, et al.,
10         Defendants.              NOTICE OF AMENDMENT
   _____/
11         Plaintiff hereby submits the following document in compliance with the court's
   order filed _____:
12         _____    Amended Complaint
   DATED:
13
14
                                    _____
15                                  Plaintiff
16
17
18
19
20
21
22
23
24
25
26

3