IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD WILSON,

    Plaintiff,                    No. 2:10-cv-0721 JAM JFM (PC)

    vs.

M. McDONALD, et al.,

    Defendants.              <u>ORDER</u>

        On June 21, 2011, the undersigned partially granted defendants' motions to compel and ordered plaintiff to supplement his response to defendants' discovery requests within twenty-one days of the date of that order. Plaintiff has since filed his supplemental responses with the court. Plaintiff is advised that discovery requests between the parties shall not be filed with the court unless, and until, they are at issue. Although plaintiff's supplemental responses were ordered in response to defendants' April 15, 2011 motions to compel, there is nothing to indicate that these latest supplemental responses are at issue.

        Therefore, IT IS HEREBY ORDERED that plaintiff's supplemental discovery responses are stricken from the record.

DATED: July 18, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;wils0721.411c