IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD WILSON,

      Plaintiff,             No. 2:10-cv-0721 JAM JFM (PC)

   vs.

M. McDONALD, et al.,

      Defendants.     <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a complaint filed pursuant to 42 U.S.C. § 1983. On February 10, 2011, the undersigned issued findings and recommendations recommending that defendant Clark's motion to dismiss be granted and plaintiff be granted leave to file an amended complaint. After adoption of the findings and recommendations by the Honorable John A. Mendez, plaintiff filed an amended complaint. The court has reviewed the amended complaint and finds that it states a claim against defendants Lopez, Diaz and Clark. Accordingly, IT IS HEREBY ORDERED that Clark[1] is

/////

/////

---

[1] Defendants Lopez and Diaz filed an Answer on December 17, 2010.

1

1  directed to respond to the First Amended Complaint within twenty-one days of the date of this
2  order.
3  DATED: August 23, 2011.

              _____
              UNITED STATES MAGISTRATE JUDGE

/014;wils0721.jo