IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD WILSON,

      Plaintiff,                  No. 2:10-cv-0721 JAM JFM (PC)

      vs.

M. McDONALD, et al.,           MODIFIED DISCOVERY AND

      Defendants.          SCHEDULING ORDER

_____/

        This action commenced on March 25, 2010 and was proceeding on an amended complaint filed June 6, 2010. Upon the filing of defendants Diaz and Lopez's answers to the amended complaint, a discovery and scheduling order issued on January 13, 2011. Meanwhile, defendant Clark filed a motion to dismiss, which was granted with leave to amend. This matter is now proceeding on plaintiff's second amended complaint filed April 5, 2011. Defendant Clark has now filed an answer. On September 27, 2011, defendants Diaz, Lopez and Clark filed a motion to modify the scheduling order in light of defendant Clark's answer.

        Good cause appearing, IT IS HEREBY ORDERED that defendants' September 27, 2011 motion is granted and the January 13, 2011 scheduling order is modified as follows:

/////

/////

1

1. Defendant Clark is granted up to and including November 15, 2011 by which to serve written discovery. Any motions necessary to compel discovery shall be filed by that date.

2. All defendants are granted up to and including January 31, 2012 by which to depose plaintiff;

3. All pretrial motions, except motions to compel discovery, shall be filed by any party on or before March 31, 2012. Motions shall be briefed in accordance with paragraph 7 of this court's order filed October 18, 2010;

4. Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

DATED: October 11, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;wils0721.41rvsd