1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GERALD WILSON,

11          Plaintiff,                    No. 2:10-cv-0721 JAM JFM (PC)

12       vs.

13   M. McDONALD, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. §  1983.  On April 2, 2012, defendants Clark, Diaz and Lopez filed a motion for

18   summary judgment in this action pursuant to Federal Rule of Civil Procedure 56.  On April 30,

19   2012, plaintiff filed an opposition to the motion for summary judgment.  In light of the July 6,

20   2012 decision of the United States Court of Appeals for the Ninth Circuit in Woods v. Carey,

21   684 F.3d 934 (9th Cir. 2012), and good cause appearing, defendants' motion will be denied

22   without prejudice to its renewal within thirty days from the date of this order.

23          Pursuant to Woods, Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en

24   banc), and Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1988), the court hereby once again

25   informs plaintiff of the following requirements for opposing a motion for summary judgment

26

1

1   pursuant to Fed. R. Civ. P. 56.[1]  Such a motion is a request for an order for judgment in favor of

2   the defendant without trial.  A defendant's motion for summary judgment will set forth the facts

3   that the defendant contends are not reasonably subject to dispute and that entitle the defendant to

4   judgment.  To oppose a motion for summary judgment, plaintiff must show proof of his or her

5   claims.  Plaintiff may do this in one or more of the following ways.  Plaintiff may rely on

6   plaintiff's statements made under penalty of perjury in the complaint if the complaint shows that

7   plaintiff has personal knowledge of the matters stated and plaintiff specifies those parts of the

8   complaint on which plaintiff relies.  Plaintiff may serve and file one or more affidavits or

9   declarations setting forth the facts that plaintiff believes prove plaintiff's claims; the person who

10  signs an affidavit or declaration must have personal knowledge of the facts stated.  Plaintiff may

11  rely on written records, but plaintiff must prove that the records are what plaintiff asserts they

12  are.  Plaintiff may rely on all or any part of the transcript of one or more depositions, answers to

13  interrogatories, or admissions obtained in this proceeding.  If plaintiff fails to contradict the

14  defendant's evidence with counteraffidavits or other admissible evidence, the court may accept

15  defendant's evidence as true and grant the motion.  If there is some good reason why such facts

16  are not available to plaintiff when required to oppose a motion for summary judgment, the court

17  will consider a request to postpone consideration of the defendant's motion.  See Fed. R. Civ. P.

18  56(d).  If plaintiff does not serve and file a written opposition to the motion, or a request to

19  postpone consideration of the motion, the court may consider the failure to act as a waiver of

20  opposition to the defendant's motion.  See L.R. 230(l).  If the court grants the motion for

21  summary judgment, whether opposed or unopposed, judgment will be entered for the defendant

22  without a trial and the case will be closed as to that defendant.

23  /////

24  /////

25

26      [1]  Plaintiff was informed of these requirements in an order filed October 18, 2010.

1          In accordance with the above, IT IS HEREBY ORDERED that:

2          1.  Defendants' April 2, 2012 motion for summary judgment is denied without

3   prejudice to its renewal within thirty days from the date of this order;

4          2.  Should defendants choose to renew their motion for summary judgment, they

5   shall serve on plaintiff all documents filed as part of the renewed motion or relied on to support

6   the motion, including but not limited to complete copies of all deposition transcripts;

7          3.  Plaintiff's opposition to any renewed motion shall be filed and served not later

8   than thirty days after service of the renewed motion; and

9          4.  Defendants' reply brief, if any, shall be filed and served not later than fourteen

10  days after service of plaintiff's opposition.

11  DATED: August 9, 2012.

12

13                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
14

15  /014;mcdo0721.ntc

16

17

18

19

20

21

22

23

24

25

26