IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD WILSON,

      Plaintiff,                        No. 2:10-cv-0721 JAM JFM P

     vs.

M. McDONALD, et al.,

      Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 8, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  The findings and recommendations filed February 8, 2013 are adopted in full;

3  and

4         2.  Defendant's August 22, 2012 motion for summary judgment is granted in part

5  and denied in part, the motion is granted with respect to defendant Clark but denied as

6  to defendants Diaz and Lopez.

7  DATED:  May 2, 2013

         /s/ John A. Mendez
8        UNITED STATES DISTRICT COURT JUDGE