UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD WILSON, | No. 2:10-cv-0721-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. McDONALD, et al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Currently before the court is plaintiff's request for a continuance of the trial date, currently scheduled for Monday, June 1, 2015. ECF No. 112. Plaintiff's request is GRANTED, and the trial is continued to Monday, July 27, 2015 at 8:30 a.m. in Courtroom 6, 14th Floor, before District Judge John A. Mendez.

The writ of habeas corpus ad testificandum issued on April 15, 2015 (ECF No. 111) is amended to provide for plaintiff's appearance on July 27, 2015, at the time and place indicated above. The Clerk of Court is directed to serve a courtesy copy of this order on the warden of Calipatria State Prison.

So ordered.

Dated:  May 6, 2015                                  /s/ John A. Mendez
                                                                    United States District Court Judge

1