UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. McDONALD, et al.,<br><br>　　　　Defendant. | No. 2:10-cv-0721-JAM-EFB P<br><br><br><br>ORDER |

　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. A jury trial date is currently scheduled for Monday, July 27, 2015. ECF No. 113. Due to calendar conflicts, the trial date is continued to Monday, September 21, 2015 at 8:30 a.m. in Courtroom 6, 14th Floor, before District Judge John A. Mendez.

　　The writ of habeas corpus ad testificandum issued on April 15, 2015 (ECF No. 111) is amended to provide for plaintiff's appearance on September 21, 2015, at the time and place indicated above. The Clerk of Court is directed to serve a courtesy copy of this order on the warden of Calipatria State Prison.

　　So ordered.

　　Dated:  June 29, 2015　　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1