THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| GERALD WILSON, | CASE NO. 2:10-CV- 0721-JCC |
| Plaintiff, | ORDER |
| v. | |
| M. MCDONALD, *et al.*, | |
| Defendants. | |

 This matter comes before the Court on Plaintiff Gerald Wilson's motion for transfer to Calipatria State Prison (Dkt. No. 143). Plaintiff alleges that the warden failed to transfer him in violation of this Court's order and that Plaintiff is suffering prejudice as a result. (Dkt. No. 143 at 1-2.) The Court DIRECTS Defendants to respond to Plaintiff's motion within 7 days of this order's issuance. Should Mr. Wilson wish to file a reply brief, he shall do so within 4 days of Defendant filing a response.

//
//
//
//
//
//

1    DATED this 31st day of December 2015.

/s/ John C. Coughenour

John C. Coughenour
UNITED STATES DISTRICT JUDGE